MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> BRIAN KUHN, <br>     Defendant. | No. CR-10-0627-CW-2 <br><br> NOTICE OF DISMISSAL <br><br> (Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Defendant Brian Kuhn without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:     April 13, 2012                 Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney

                                                         /S/
                                                      JOSHUA HILL
                                                      Assistant United States Attorney

NOTICE OF DISMISSAL (CR-10-0627-CW-2)

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 4/16/2012

HON. CLAUDIA WILKEN
United States District Judge

2